# United States Court of Appeals for the Federal Circuit

ERRATUM

April 29, 2008

Appeal No 2007-5011,-5099, Carlsen-Shea v US

Precedential Opinion

Decided:      April 9, 2008

Line 12 of footnote 1 on page 10 should read as follows:

apply to federal employees who are not covered by the Fair Labor Standards Act, the pertinent OPM regulations regarding preliminary